UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LINELL LEONARD DUMA'S, JR., | ) |
| Petitioner, | ) Case No. CV 14-8789-PA(AJW) |
| v. | ) |
| J. SOTO, Warden, | ) JUDGMENT |
| Respondent. | ) |

**It is hereby adjudged** that the petition for a writ of habeas corpus is dismissed for lack of jurisdiction.

Dated: November 24, 2014

_____
Percy Anderson
United States District Judge